**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-1310**

———————————

CALVIA LYNN HILL,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-98-429-5-BO-2)

———————————

Submitted:  August 24, 1999          Decided:  September 3, 1999

———————————

Before WIDENER, HAMILTON, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Calvia Lynn Hill, Appellant Pro Se.  Dorothy Powers, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvia Lynn Hill appeals the district court's order granting summary judgment in his action against the North Carolina Department of Corrections. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hill v. North Carolina Dep't of Corrections, No. CA-98-429-5-BO-2 (E.D.N.C. Feb. 26, 1999). We deny Hill's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2